# Third District Court of Appeal
## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-2235 & 3D21-2236
Lower Tribunal Nos. 19-1719, 19-2235

_____

**Maria Victoria Castro,**
Appellant,

vs.

**Luz Marina Castro,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Ellis Law Group, P.L., and Jordan R. Hammer (Boca Raton), for appellant.

Golden Glasko & Associates, P.A., and William H. Glasko, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. Scott v. Harris, 550 U.S. 372, 380 (2007) ("When opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purposes of ruling on a motion for summary judgment.") see also Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247–48 (1986) ("[T]he mere existence of *some* alleged factual dispute between the parties will not defeat an otherwise properly supported motion for summary judgment; the requirement is that there be no *genuine* issue of *material* fact.").